# IN THE COURT OF APPEALS OF IOWA

No. 13-1165
Filed July 16, 2014

**WALTER JUNIOR HOSKINS, III,**
Applicant-Appellant,

**vs.**

**STATE OF IOWA,**
Respondent-Appellee.
_____

Appeal from the Iowa District Court for Black Hawk County, Andrea J. Dryer, Judge.

Petitioner appeals from dismissal of his application for postconviction relief. **AFFIRMED**.

Kevin E. Schoeberl of Story & Schoeberl Law Firm, Cresco, for appellant.

Thomas J. Miller, Attorney General, Katie Fiala, Assistant Attorney General, Thomas J. Ferguson, County Attorney, and Kimberly Griffith, Assistant County Attorney, for appellee.

Considered by Danilson, C.J., and Potterfield and McDonald, JJ.

**MCDONALD, J.**

Walter Junior Hoskins appeals the judgment of the district court dismissing his application for postconviction relief. Hoskins was convicted of a felony offense in 1997. Fifteen years later, in 2012, Hoskins filed an application for postconviction relief. On the State's motion, the district court dismissed Hoskins' application as barred by the three-year statute of limitations set forth in Iowa Code section 822.3 (2011). We find no error. The judgment of the district court is affirmed. *See* Iowa Ct. R. 21.26(1)(a) and (e).

**AFFIRMED.**